**Opinion issued February 26, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———

## NO. 01-12-00382-CV

———

**NELSON A. GARZA, INDIVIDUALLY, AND T & G PLUMBING, LLC,**
**Appellants**

**V.**

**CINTAS CORPORATION, Appellee**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1003982**

## MEMORANDUM OPINION

Appellants, Nelson A. Garza, Individually, and T & G Plumbing, LLC, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). Appellants' brief was

first due on June 25, 2012. After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.